In the Matter of the Claim of FLORENCE SHULMAN, on Behalf of VALERIE J. SHULMAN, Appellant, v. NEW YORK BOARD OF FIRE UNDERWRITERS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.